IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONTEZ ARTIS, JR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:12-cv-00604-DRH |
| | ) |
| **MICHAEL ACTHISON,** | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

**Herndon, Chief Judge:**

Petitioner challenges his 2004 St. Clair County, Illinois conviction for murder. Petitioner challenges his conviction based on ineffective assistance of counsel and denial of a fair jury trial.

Petitioner indicates that he has exhausted his state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner.

The record reflects that petitioner has been transferred from Menard Correctional Center to Stateville Correctional Center since the filing of his petition. Therefore, the Clerk is **DIRECTED** to change the respondent in this case from Michael Acthison to Marcus Hardy.

**IT IS HEREBY ORDERED** that respondent shall answer the petition or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the State from making

1

whatever waiver, venue, exhaustion or timeliness it may wish to present. Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

    IT IS SO ORDERED.

    DATED: August 23, 2012.

Digitally signed by David R. Herndon
Date: 2012.08.23 11:06:39 -05'00'

**Chief Judge**
**United States District Court**