IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTEZ ARTIS, JR.,

    Petitioner,

-vs-

TARRY WILLIAMS,

    Respondent.                    No. 12-cv-604-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 27, 2014 (Doc.35), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**. The Court further **DENIES** Petitioner a Certificate of Appealability.

                            JUSTINE FLANAGAN,
                            ACTING CLERK OF COURT


                            BY:  s/*Caitlin Fischer*
                                      Deputy Clerk

**DATED:** August 27, 2014

Digitally signed by David R. Herndon
Date: 2014.08.27 11:21:34 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**